UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ARTHUR ALBERTS, Derivatively On Behalf of Nominal Defendant CHESAPEAKE ENERGY CORPORATION,<br><br>               Plaintiff,<br><br>               v.<br><br>AUBREY K. MCCLENDON, RICHARD K. DAVIDSON, KATHLEEN M. EISBRENNER, V. BURNS HARGIS, FRANK KEATING, CHARLES T. MAXWELL, MERRILL A. MILLER, JR., DON NICKLES, and LOU SIMPSON,<br><br>               Defendants,<br><br>- and –<br><br>CHESAPEAKE ENERGY CORPORATION,<br><br>               Nominal Defendant. | Civil Action No. 5:12-cv-00545-M |

**ENTRY OF APPEARANCE**

**COMES NOW** Steven W. Crow and hereby enters his appearance on behalf of Arthur Alberts, derivatively on behalf of Nominal Defendant Chesapeake Energy Corporation as Attorney of Record.

Respectfully submitted,

**DELLUOMO & CROW**

By:\_\_\_s/Steven W. Crow_____
**DANIEL M. DELLUOMO, OBA #11810**
**STEVEN W. CROW, OBA #15676**
5617 North Classen Blvd.
Oklahoma City, Oklahoma  73118
(405) 843-0400
(405) 843-5005 (fax)
**ATTORNEYS FOR PLAINTIFF**